UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| FREDDIE DEMARKA REED, III, | ) |
| Plaintiff, | ) |
| vs. | ) |
| THE CITY OF EVANSVILLE, BRYAN BISHOP, TROOPER BEAN, UNIDENTIFIED OFFICERS Evansville Police Department, and UNIDENTIFIED SHERIFF'S DEPUTIES Vanderburgh County Sheriff's Office, | ) CASE NO. 3:21-CV-00120-JMS-MPB |
| Defendants. | ) |

## AFFIDAVIT OF JEFF TAYLOR

Affiant, Jeff Taylor, being first made aware of the penalty for perjury, says as follows:

1. I am a competent adult who makes this Affidavit voluntarily and based upon my personal knowledge of all facts stated herein.

2. At all times mentioned and referred to, I was a duly sworn Detective with the Evansville Police Department ("EPD").

3. While on duty on January 19, 2021, at approximately 2100, I responded to central dispatch radio traffic that officers of the U.S. Marshal's Task Force ("Task Force") had spotted Plaintiff, Freddie Damarka Reed, III ("Reed"), driving a Ford 500 on the west side of Evansville and were in pursuit.

4. Reed had outstanding felony warrants and was believed to be armed and dangerous.

5.   I learned from radio dispatch that Reed had collided with another vehicle at the intersection of St. Joseph Avenue and Franklin Street and fled on foot, and that available law enforcement officers were requested to assist in the pursuit and apprehension of Reed.

6.   I parked my vehicle and joined the foot pursuit in the vicinity of St. Joseph Avenue near Franklin Street. As I pursued on foot, I activated my body camera, which recorded the remainder of the events described herein. Attached hereto and incorporated by reference is a true and accurate copy of my body camera recording of the events described herein and marked "Exhibit A".

7.   I approached the scene on foot from an alley north across Franklin Street and observed Bishop recalling his K-9 and Reed being handcuffed by another individual.

8.   After Reed was handcuffed, a perimeter of officers were around him and neither the K-9 nor any officer struck or used any force on Reed. The K-9 had pulled Reed's boxer shorts down, and those were pulled back up.

9.   The actions of Bishop and his K-9 partner were at all times reasonable under the circumstances and would not be considered excessive force.

10.   Other officers then arrived at the scene. Shortly thereafter, I escorted Reed from the alleyway to the EPD transport vehicle. I had no further interaction with Reed. A different EPD officer drove Reed to the hospital in the EPD transport vehicle.

11.   I located a clear plastic bag containing a crystal-like substance in the area of Reed. The substance was taken into custody and later field tested positive for Methamphetamine with a weight of twenty-eight (28) grams.

12. At no time did I use force or direct the use of force against Reed.

13. At all times relevant and referred to herein, I acted in good faith, within the scope of my authority as a sworn and acting law enforcement officer, and believe my actions were reasonable and necessary under the circumstances.

FURTHER AFFIANT SAYETH NOT.

I affirm, under the penalties of perjury, that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED this 13th day of March, 2023.

AFFIANT

_____ 2X1274
Jeff Taylor
Detective, Evansville Police Department

Respectfully submitted,

JONES • WALLACE, LLC


By: /s/ *David L. Jones*
David L. Jones
Attorney No. 10588-82
Craig R. Emig
Attorney No. 28549-82
20 N.W. Third Street, Suite 400
P.O. Box 1065
Evansville, Indiana 47706
Phone: (812) 402-1600
Fax: (812) 402-7977
Email: djones@joneswallace.com
       cemig@joneswallace.com

Attorneys for Defendants,
Bryan Bishop and
Unidentified Sheriff's Deputies
Vanderburgh County Sheriff's Office

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading or paper has been filed with the Court through the Court's electronic filing system, and served upon the following persons electronically through the Court's electronic system on this 31st day of March, 2023:

Keith W. Vonderahe
Matthew Stephen Koressel
Ziemer, Stayman, Weitzel & Shoulders, LLP
20 N.W. First Street
P.O. Box 916
Evansville, Indiana 47706-0916
kvonderahe@zsws.com
mkoressel@zsws.com

Gustavo A. Jimenez
Erica Lee Sawyer
Thomas Pratt
Office of Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, Indiana 46204-2770
gustavo.jimenez@atg.in.gov
Erica.Sawyer@atg.in.gov
Thomas.Pratt@atg.in.gov

I certify that a copy of the foregoing pleading or paper has been served upon the following person via hand-delivery or by placing the same, properly addressed, and with first-class postage pre-paid, in the United States mail on this 31st day of March, 2023:

Freddie Demarka Reed, III
972971
Indiana State Prison
Inmate/Mail Parcels
One Park Row
Michigan City, Indiana 46360

I further certify that the foregoing document complies with the requirements of Trial Rule 5(G) with regard to information excluded from the public record under Administrative Rule 9(G).

/s/ David L. Jones
David L. Jones